AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| RALPH CARDARELLI | ) | 1:23-mj- 135-01-AJ |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 2, 2023   in the county of   Rockingham   in the
District of   New Hampshire  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | - Distribution or Possession with the Intent to Distribute Controlled Substances |
| 21 U.S.C. §§ 331(k) | - Causing a Drug to Become Misbranded After Shipment in Interstate Commerce |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

/s/ William Hughes
*Complainant's signature*

Special Agent William Hughes, FDA-OCI
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date:  **Jul 17, 2023**

*Judge's signature*

City and state:   Concord, New Hampshire   Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*